**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

KEVIN HOGAN,

Plaintiff,

v.

CW GROUP, INC.,

Defendant.

Civil No. 01-1919 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Alfred H. Edwall, Jr., EDWALL LAW OFFICE, 1790 Lexington Avenue North, Roseville, MN 55113, for plaintiff.

Michael A. Collyard, FULBRIGHT & JAWORSKI, 225 Sixth Street South, Suite 4850, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Dec. 21, 2001
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________